UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

|  |  |
|---|---|
| BOSTON TAXI OWNERS ASSOCIATION, INC. <br> STEVEN GOLDBERG <br>     PLAINTIFFS <br> <br> v. <br> <br> <br> ANGELA M. O'CONNOR, CHAIRMAN <br> JOLETTE A. WESTBROOK, COMMISSIONER <br> ROBERT HAYDEN, COMMISSIONER <br> DEPARTMENT OF PUBLIC UTILITIES, <br> STEPHANIE POLLACK, TRANSPORTATION <br> SECRETARY, MASSACHUSETTS <br> DEPARTMENT OF TRANSPORTATION, <br> GOVERNOR CHARLES BAKER, <br> THOMAS P. GLYNN, CEO <br> MASSACHUSETTS PORT AUTHORITY <br> DAVID M. GIBBONS, EXECUTIVE DIRECTOR <br> MASSACHUSETTS CONVENTION CENTER <br> AUTHORITY <br>     DEFENDANTS | Civil Action No.: 1:16-cv-11922-NMG |

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

    Please enter my appearance as counsel for the Plaintiffs, Boston Taxi Owners' Association, Inc. and Steven Goldberg.

       Respectfully submitted,

          /s/ Tiffany L. Stichel     .
       Tiffany L. Stichel, Esquire
       BBO#672713
       Schlossberg | LLC
       35 Braintree Hill Office Park, Suite 401
       Braintree, MA 02184
       Phone: 781.848.5028
       Fax:    781.848.5096
       tstichel@sabusinesslaw.com

Date: October 7, 2016

G:\Boston Taxi Owners Association, Inc.-BY007\v. Commonwealth of Massachusetts - 005\Docs\Notice of Appearance 100716.docx

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 7, 2016.

        /s/ Tiffany L. Stichel
       Tiffany L. Stichel