# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BOSTON TAXI OWNERS ASSOCIATION, INC., ET AL.** | |
| *Plaintiff* | Civil Action No.: |
| v. | **1:16–CV–11922–NMG** |
| **CHARLES BAKER, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To:
Thomas P. Glynn, CEO
Massachusetts Port Authority
Boston Logan International Airport
1 Harborside Drive
Boston, MA  02128

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ – Stephanie Caruso

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2016–09–27 11:18:20.0, Clerk USDC DMA**

Civil Action No.: 1:16–CV–11922–NMG

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any)  Thomas P. Glynn, CEO

was received by me on (date)  9/28/16

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual)  Karen McCart, Exec. Ass't  , who is

designated by law to accept service of process on behalf of (name of organization)_____

  Mass. Port Authority  on (date)  9/28/16  ; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :


My fees are $  18.00  for travel and $  45.00  for services, for a total of $  68.00  .

I declare under penalty of perjury that this information is true.


  September 28, 2016
          Date

  /s/ signature
  Server's Signature

  Harold L. March, Constable
  Printed name and title
  P.O. Box 1
  Randolph, MA 02368
  617 770-0100
  Server's Address

Additional information regarding attempted service, etc: